```
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF FLORIDA

                                      CASE NO. 08-81526-Civ-HURLEY
                                              (07-80067-Cr-HURLEY)
                                      MAGISTRATE JUDGE P. A. WHITE

RUBEN PEREZ,                      :

     Movant,                      :

v.                                :

UNITED STATES OF AMERICA,         :

     Respondent.                  :
_____
```

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION OF MAGISTRATE**
**JUDGE, ENTERING FINAL JUDGMENT DENYING**
**MOTION TO VACATE, AND CLOSING CASE**

   **THIS CAUSE** is before the court upon a motion to vacate, filed pursuant to 28 U.S.C. §2255, and the Report and Recommendations of the Honorable Patrick A. White, United States Magistrate Judge.

   Pursuant to Fed.R.Civ.P. 72(b), "[T]he district judge ... shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." The rule requires that objections be filed within ten days of service of the Report and Recommendations, and that the objecting party arrange for transcription of sufficient portions of the record. Fed.R.Civ.P. 72(b). The district judge may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." Id. Portions of the Report and Recommendations that are not specifically objected to are

subject to the clear error standard. The identical requirements are set forth in 28 U.S.C. §636(b)(1).

After considering the Report of the Magistrate Judge, as well as, any objections filed thereto, and after conducting a *de novo* review of the record as a whole, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendations of the United States Magistrate Judge (DE#8) is **ADOPTED** in its entirety and incorporated herein by reference.

2. The motion to vacate is **DENIED**.

3. All pending motions not otherwise ruled upon are **DENIED,** as moot.

4. This case is **CLOSED**.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida on this 13th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE

cc: Ruben Perez, Pro Se
    Reg. No. 72766-004
    F.C.I. - Miami
    P.O. Box 779800
    Miami, FL 33177

    Kerry S. Baron, AUSA
    U.S. Attorney's Office
    500 Australian Avenue, Suite 400
    West Palm Beach, FL 33401